**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

GIORGI TODADZE #A240-858-832 — CIVIL ACTION NO. 1:26-1649 SEC P

VERSUS — JUDGE S. MAURICE HICKS, JR.

WARDEN WINN CORRECTIONAL CENTER ET AL. — MAGISTRATE JUDGE WHITEHURST

## JUDGMENT

This matter was referred to United States Magistrate Judge David J. Ayo for Report and Recommendation. After an independent review of the record and noting the absence of any objections, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that to the extent Petitioner seeks release under Zadvydas, this Petition for Writ of *Habeas Corpus* filed pursuant to 28 U.S.C. § 2241 by Petitioner Giorgi Todadze is D**ISMISSED WITHOUT PREJUDICE** to his right to re-file the claim should his confinement become unconstitutional.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that to the extent that Petitioner claims that the Government failed to afford him a bond hearing and claims relief under the Administrative Procedure Act, this Petition for Writ of *Habeas Corpus* filed pursuant to 28 U.S.C. § 2241 by Petitioner Giorgi Todadze is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 24th day of November, 2026.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE